UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TONY L. RUSHING,** *pro se*,

    **Plaintiff,**

v.                                                                        Case No.  8:07-cv-83-T-30EAJ

**JAMES McDONOUGH, Director,**
**Florida Department of Corrections, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion to extend time to pay filing fee (Dkt. #12) filed on May 8, 2007.  The Motion seeks a ten (10) day extension of the deadline of April 18, 2007, within which to pay the $350.00 filing fee.  Plaintiff states that he gets paid on May 8, 2007.  The Court has reviewed the docket and the Complaint in this case and has determined that the Motion should be denied and the Complaint dismissed.

A review of the docket shows that, as of the date of this Order, the filing fee still has not been paid.  A review of the Complaint indicates that the matters contained therein are moot.

Paragraph VI on page 8 of the Complaint states that the Plaintiff's claim is one under the Eighth Amendment of the U. S. Constitution concerning the deliberate withholding of health care services and substandard safety procedures of the Florida Department of Corrections.  To rise to the level of a constitutional violation, such a claim would have to

amount to a policy and procedure of the Department of Corrections, but Plaintiff has now been released from incarceration and is no longer housed with the Department of Corrections. His complaints about policy and procedures of the Department of Corrections are now moot.

In his Complaint, Plaintiff also describes a slip and fall that occurred in the dining room facility of the Department of Corrections, but does not set forth any basis for federal jurisdiction for that claim. Therefore, the Complaint is subject to being dismissed.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to extend time to pay filing fee (Dkt. #12) is DENIED.

2. The Complaint (Dkt. #1) is hereby DISMISSED.

3. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on May 18, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2007\07-cv-83.extend time 12.frm